# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/6/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CR NO. 05-00344

CASE NAME:          USA vs. JIMMY L. CURTIS

ATTYS FOR PLA:      Keith C. Celebrezze

ATTYS FOR DEFT:     Loretta A. Faymonville

INTERPRETER:

JUDGE:    Leslie E. Kobayashi           REPORTER:    FTR-Courtroom 7

DATE:     1/6/2006                      TIME:        2:19-2:32

COURT ACTION:  EP: Order to Show Cause as to Why Probation Should Not Be Revoked - Defendant present, not in custody.

Defendant denies all allegations.  Court questions defendant.  Defendant addresses Court.

Further Order to Show Cause as to Why Probation Should Not Be Revoked set for 10:30 01/10/06, LEK.

Defendant to go to Probation to be drug tested immediately.

Submitted by: Warren N. Nakamura, Courtroom Manager