AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of Hawaii

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT CO
DISTRICT OF HAWAII

JAN 0 5 2006
at ___ o'clock and ___ min. ___
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

V.

JIMMY L. CURTIS
(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number: CR 05-00344-001

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | AS DESIGNATED |
| | Date and Time |
| Before: Kevin S. C. Chang, United States Magistrate Judge | 12/30/2005 @ 10:00 a.m. |

To Answer a(n) Probation/Supervised Release Violation Petition

Charging you with a violation of Title ___ United States Code, Section(s) ___ .

Brief description of offense:
Order to Show Cause Why Supervision should not be revoked.

RECEIVED
2005 DEC 27 AM 9:51
U.S. MARSHALS SERVICE
HONOLULU, HI.

Sue Beitia
Name and Title of Issuing Officer

_[signature]_
Signature of Issuing Officer/Deputy Clerk

December 27, 2005
Date

AO 83 (Rev. 12/85) Summons in a Criminal Case                                CR 05-00344-001

# RETURN OF SERVICE

Service as made by me on:[1]                              Date

Check one box below to indicate appropriate method of service

☐   Served personally upon the defendant at: _____

☐   Left summons at the defendant's dwelling house or usual place of abode with a person of _____ and mailed a copy of the summons to the _____ left: _____

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ | |
| Certified Fee | | |
| Return Reciept Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | 12/28/05 |
| Total Postage & Fees | $ | |

Sent To: Jimmy Curtis
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002                See Reverse for Instructions

...s of the United States of America that the ... is true and correct.

Mark M. Hanohano
United States Marshal

2005 DEC 27 AM 9:51
U.S. MARSHALS SERVICE
HONOLULU, HI.
RECEIVED

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jimmy Curtis
95-743 Maiaku Street
Honolulu, HI 96789

05-00552KSC

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Amber Ledesma      ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Amber Ledesma    C. Date of Delivery: 12/29/5

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail        ☐ Express Mail
   ☐ Registered            ☐ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number            7003 1010 0000 4492 6113