Prob 12C
(Rev. 3/95 D/HI)

# ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

## United States District Court

for the

### DISTRICT OF HAWAII

JAN 17 2006

at 9 o'clock and ___min. A M
SUE BEITIA, CLERK

U.S.A. vs. JIMMY L. CURTIS                              Docket No. CR 05-00344-01

### SUPPLEMENTAL REQUEST FOR COURSE OF ACTION
(Statement of Alleged Violations of Special Probation)

COMES NOW JOANN S. HAMAJI, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of JIMMY L. CURTIS, who was placed on supervision by the Honorable Leslie E. Kobayashi, sitting in the Court at Honolulu, Hawaii, on the 7th day of November 2005, who fixed the period of supervision at 12 months, without a judgement of conviction first being entered, pursuant to 18 U.S.C. § 3607 (Deferred Acceptance of Guilty Plea) and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. That the defendant shall participate in a drug education and/or treatment program if ordered to do so by the supervising probation officer.

2. That the defendant shall undergo drug testing, including but limited to urinalysis, if ordered to do so by the supervising probation officer.

3. That the defendant shall pay a $1,000 fine.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Alleged Violation(s) of Special Probation

That the petition for Request for Course of Action dated on 12/13/2005 and filed on 12/20/2005 include the following additional charges:

1. The subject failed to attend and participate in drug education classes at Hina Mauka on 12/5/2005, 12/7/2005, 12/12/2005, 12/14/2005, 12/19/2005, 12/21/2005, 12/28/2005, 1/4/2006, 1/9/2006 and 1/11/2006 in violation of Special Condition No. 1.

2. The subject refused to submit to drug testing on 12/15/2005, 12/27/2005, 12/30/2005 and 1/5/2006 in violation of Special Condition No. 2.

Based on the above, the U.S. Probation Officer recommends that the Request for Course of Action dated 12/13/2005 and filed on 12/20/2005 be amended to include the above-noted violations.

PRAYING THAT THE COURT WILL ORDER ONE OF THE FOLLOWING COURSES OF ACTION:

[X] That the Request for Course of Action dated 12/13/2005 and filed on 12/20/2005 be amended to include the above-noted additional violations and that the subject be brought before the Court to show cause why supervision should not be revoked.

[ ] Other

I declare under penalty of perjury that the foregoing is true and correct

Executed on _____1-12-2006_____

JOANN S. HAMAJI
U.S. Probation Officer

Approved by:

PETER D. YOSHIHARA
Supervising U.S. Probation Officer

ORDER OF COURT

THE COURT ORDERS that the Request for Course of Action dated 12/13/2005 and filed on 12/20/2005 be amended to include the above-noted additional violations and that the subject be brought before the Court to show cause why supervision should not be revoked.

Considered and ordered this 12th day of January, 2006, and ordered filed and made a part of the records in the above case.

LESLIE E. KOBAYASHI
U.S. Magistrate Judge

Re:   **CURTIS, Jimmy L.
Criminal No. CR 05-00344-01
REVOCATION OF PROBATION**

### STATEMENT OF FACTS

**Violation No. 3 - The subject failed to attend and participate in drug education classes at Hina Mauka on 12/5/2005, 12/7/2005, 12/12/2005, 12/14/2005, 12/19/2005, 12/21/2005, 12/28/2005, 1/4/2005, 1/9/2006 and 1/11/2006:** On 11/23/2005, the subject informed this officer and that he was hired as a full-time mover with Quick Move Company. In addition, he reported that he called Hina Mauka and informed Assistant Intake Coordinator Mahikulani Souza that he would not be able to attend counseling during the day because of his employment. According to the subject, Ms. Souza informed him he would be rescheduled to attend the counseling sessions on Monday and Wednesday evenings at 6:00 p.m. In addition, the subject stated that Ms. Souza instructed him to notify this officer that he would be attending the Monday and Wednesday evening counseling sessions. This officer instructed the subject to attend and participate in the evening counseling sessions until he has completed all required sessions. The subject acknowledged that he understood.

On 12/13/2005, this officer contacted Ms. Souza at Hina Mauka and inquired if the subject was attending his Monday and Wednesday counseling sessions. Ms. Souza stated that the subject had not attended any sessions nor contacted her regarding the sessions. In addition, she reported that her efforts to contact the subject were unsuccessful because he did not return any of her telephone calls. As a result, this officer left messages on the subject's cell phone and home phone instructing him to contact this officer immediately. He did not return any calls. On 1/6/2006, this officer spoke to Ms. Souza, and she reported that the subject still had not attended any sessions. On 1/12/2006, another call was made to Ms. Souza at Hina Mauka, and she reported that the subject did not attend counseling sessions on 1/9/2006 and 1/11/2006.

**Violation No. 4 - The subject refused to comply with drug testing on 12/15/2005, 12/27/2005, 12/30/2005 and 1/5/2006:** On 12/15/2005, 12/27/2005, 12/30/2005 and 1/5/2006, this officer was informed that the subject refused to comply with drug testing at Hina Mauka. This officer left messages on the subject's cell phone and home phone instructing him to call this officer immediately. He did not return any of this officer's calls.

It is noted that on 1/6/2006, Your Honor instructed the subject to submit to drug testing at the Probation Office. The subject submitted a urine sample which was presumptive positive for marijuana and cocaine on a Non-Instrumented Drug Testing Device (NIDTD). When confronted about the positive result, the subject adamantly denied that he abused any illegal drugs. The sample was forwarded to Scientific Testing Laboratories, Inc. (STL) for confirmation. To date, the results have not been received by the Probation Office.

Re: **CURTIS, Jimmy L.**
**Criminal No. CR 05-00344-01**
**REVOCATION OF PROBATION**
**STATEMENT OF FACTS - Page 2**

It is respectfully requested that these additional violations be added to the petition filed on 12/20/2005.

Respectfully submitted by,

JOANN S. HAMAJI
U.S. Probation Officer

Approved by:

PETER D. YOSHIHARA
Supervising U.S. Probation Officer

JSH/ct

Re: **CURTIS, Jimmy L.**
    **Criminal No. CR 05-00344-01**
    **REVOCATION OF PROBATION**
    **STATEMENT OF FACTS - Page 3**

**NOTICE OF ADDITIONAL CONDITION(S) OF SUPERVISION THAT MAY WARRANT CONSIDERATION**

None.