Prob 12C
(Rev. 3/95 D/HI)

# ORIGINAL

## United States District Court

### for the

### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 8 2006

at 4 o'clock and 12 min. M
SUE BEITIA, CLERK

U.S.A. vs. JIMMY L. CURTIS _____ Docket No. CR 05-00344-01

## SECOND SUPPLEMENTAL REQUEST FOR COURSE OF ACTION
### (Statement of Alleged Violations of Special Probation)

COMES NOW JOANN S. HAMAJI, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of JIMMY L. CURTIS, who was placed on supervision by the Honorable Leslie E. Kobayashi, sitting in the Court at Honolulu, Hawaii, on the 7th day of November 2005, who fixed the period of supervision at 12 months, without a judgement of conviction first being entered, pursuant to 18 U.S.C. § 3607 (Deferred Acceptance of Guilty Plea) and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. That the defendant shall participate in a drug education and/or treatment program if ordered to do so by the supervising probation officer.

2. That the defendant shall undergo drug testing, including but limited to urinalysis, if ordered to do so by the supervising probation officer.

3. That the defendant shall pay a $1,000 fine.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

### Alleged Violation(s) of Special Probation

That the petition for Request for Course of Action dated on 12/13/2005 and filed on 12/20/2005 include the following additional charges:

5. The subject's 1/6/2006 urine specimen tested positive for cocaine, in violation of the General Condition.

Based on the above, the U.S. Probation Officer recommends that the Request for Course of Action dated 12/13/2005 and filed on 12/20/2005 be amended to include the above-noted violation.

Prob 12C
(Rev. 3/95 D/HI)

2

PRAYING THAT THE COURT WILL ORDER ONE OF THE FOLLOWING COURSES OF ACTION:

[X] That the Request for Course of Action dated 12/13/2005 and filed on 12/20/2005 be amended to include the above-noted additional violations and that the subject be brought before the Court to show cause why supervision should not be revoked.

[ ] Other

I declare under penalty of perjury that the foregoing is true and correct

Executed on _____ 1-17-2006 _____

JOANN S. HAMAJI
U.S. Probation Officer

Approved by:

PETER D. YOSHIHARA
Supervising U.S. Probation Officer

ORDER OF COURT

THE COURT ORDERS that the Request for Course of Action dated 12/13/2005 and filed on 12/20/2005 be amended to include the above-noted additional violation and that the subject be brought before the Court to show cause why supervision should not be revoked.

Considered and ordered this 17th day of January, 2006, and ordered filed and made a part of the records in the above case.

LESLIE E. KOBAYASHI
U.S. Magistrate Judge

Re:   **CURTIS, Jimmy L.**
      **Criminal No. CR 05-00344-01**
      **REVOCATION OF PROBATION**

## STATEMENT OF FACTS

**Violation No. 5 - Submission of 1/6/2006 urine specimen which tested positive for cocaine:**  On 1/6/2006, Your Honor instructed the subject to submit to drug testing at the Probation Office.  The subject submitted a urine sample which was presumptive positive for marijuana and cocaine on a Non-Instrumented Drug Testing Device (NIDTD). When confronted about the positive result, the subject adamantly denied that he abused any illegal drugs.  The sample was forwarded to Scientific Testing Laboratories, Inc. (STL) for confirmation.

On 1/17/2006, STL confirmed that the subject's 1/6/2006 urine specimen tested positive for cocaine but not for marijuana.

It is respectfully requested that this additional violation be added to the petition filed on 12/20/2005.

Respectfully submitted by,

JOANN S. HAMAJI
U.S. Probation Officer

Approved by:

PETER D. YOSHIHARA
Supervising U.S. Probation Officer

JSH/ct

Re:    **CURTIS, Jimmy L.**
       **Criminal No. CR 05-00344-01**
       **REVOCATION OF PROBATION**
       **STATEMENT OF FACTS - Page 2**


**NOTICE OF ADDITIONAL CONDITION(S) OF SUPERVISION THAT MAY WARRANT CONSIDERATION**

   None.