# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/20/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR NO. 05-00344

CASE NAME:     USA vs. JIMMY L. CURTIS

ATTYS FOR PLA:     Keith C. Celebrezze

ATTYS FOR DEFT:     Loretta A. Faymonville

INTERPRETER:

| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
|---|---|---|---|
| DATE: | 01/20/2006 | TIME: | 11:00-11:01 |

COURT ACTION:  EP: Further Hearing on Order to Show Cause as to Why Probation Should Not Be Revoked - Defendant not present.

Govt's Oral Request for issuance of BW Granted.

BW to be issued, $100 Signature.

Submitted by: Warren N. Nakamura, Courtroom Manager