# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/27/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CR NO. 05-00344

CASE NAME:          USA vs. JIMMY L. CURTIS

ATTYS FOR PLA:      Keith C. Celebrezze

ATTYS FOR DEFT:     Loretta A. Faymonville

INTERPRETER:

JUDGE:    Leslie E. Kobayashi          REPORTER:    FTR-Courtroom 7

DATE:     1/27/2006                    TIME:        3:02-3:34

COURT ACTION:  EP: Further Hearing on Order to Show Cause as to Why Probation Release Should Not Be Revoked - Defendant present in custody.

Court questions Defendant.  Defendant admits to some of the alleged allegations with an explanation and denies some of the allegations. Allocution by Defendant.  Arguments heard.

No finding by the Court as to testing positive.  Court finds that the Defendant has violated the conditions of his probation. Probation revoked. Deferred Acceptance of Guilty Plea set aside.

Sentencing recommendations heard.

SENTENCE:

Imprisonment: None.

Probation: 2 Years.

Conditions of Probation:

1)     That the defendant shall abide by the standard conditions of supervision.

2) That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3) That the defendant not possess illegal controlled substances (mandatory condition)

4) That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

5) That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6) That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

7) That the fine of $1,000 is due immediately and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income. Interest shall commence to accrue **immediately**.

Defendant advised of his right to appeal.

Defendant remanded to the custody of the US Marshal for release.


Submitted by: Warren N. Nakamura, Courtroom Manager