PROB. 12B
(7/93)

ORIGINAL

# United States District Court

## for the

## DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 20 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jimmy L. Curtis          Case Number: CR 05-00344-01

Name of Sentencing Judicial Officer: The Honorable Leslie E. Kobayashi

Date of Original Sentence: 11/7/2005

Original Offense: Possession of Marijuana

Original Sentence: Twelve (12) months Probation, pursuant to 18 U.S.C. § 3607 (Deferred Acceptance of Guilt Plea) with the following special conditions: 1) The defendant shall participate in a drug education and/or treatment program if ordered to do so by the supervising probation officer, 2) The defendant shall undergo drug testing, including but not limited to urinalysis, if ordered to do so by the supervising probation officer, and 3) The defendant shall pay a $1,000 fine.

New Sentence: On 1/27/2006, the offender's Deferred Acceptance of Guilty Plea (DAGP) was revoked, and a conviction was entered. The offender was re-sentenced to 2 years probation with the following special conditions: 1) That the defendant shall participate and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment; and 2) That a fine of $1,000 is due immediately and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income. Interest, if applicable, is waived while the defendant is serving his term of imprisonment and shall commence to accrue on any remaining balance upon his release from supervision.

Type of Supervision: Probation          Date Supervision Commenced: 1/27/2006

Prob 12B
(7/93)

2

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

   3)   *That the defendant serve 50 hours of community service as directed by the Probation Office.*

## CAUSE

| Violation Number | Nature of Noncompliance |
|---|---|
| Special Condition No. 1 | The offender refused to submit to drug testing on 4/17/2006, 6/19/2006, 6/29/2006, and 7/5/2006. |

The offender pled guilty to an offense described in 21 U.S.C. § 844 (Simple Possession of Marijuana). On 11/7/2005, the subject was placed on Special Probation as provided in 18 U.S.C. § 3607 for a period of 12 months without a judgment of conviction first being entered and with the special conditions noted on the facesheet of the petition.

On 1/27/2006, the offender appeared for an Order to Show Cause (OSC) proceeding before U.S. Magistrate Judge Leslie E. Kobayashi and admitted to the following violations specified in the Request for Course of Action filed on 12/13/2004 and the Supplemental Request for Course of Action filed on 1/12/2006: Violation No. 1: The subject failed to attend and participate in drug education classes at Hina Mauka on 11/17/2005, 11/22/2005, 11/28/2005, 11/30/2005, 12/5/2005, 12/7/2005, 12/12/2005, 12/14/2005, 12/19/2005, 12/21/2005, 12/28/2005, 1/4/2006, 1/9/2006, and 1/11/2006, in violation of Special Condition No. 1 and Violation No. 2: The subject refused to submit to drug testing on 11/29/2005, 12/2/2005, 12/12/2005, 12/15/2005, 12/27/2005, 12/30/2005, and 1/5/2006, in violation of Special Condition No. 2.

The offender's Deferred Acceptance of Guilt (DAGP) plea was revoked and a conviction was entered. The offender was sentenced to 2 years probation which commenced on 1/27/2006.

On 3/13/2006, we notified the Court that on 2/2/2006, the offender submitted a urine specimen to Hina Mauka that was confirmed positive on 2/13/2006 for cocaine and THC by Scientific Testing Laboratories Inc. (STL). In addition, on 2/18/2006, the offender informed this officer that he was arrested on 2/17/2006 for Abuse of Family or Household Member.

The offender pled no contest to Abuse of a Family or Household Member on 6/1/2006 and was sentenced to 6 months probation without a judgment of conviction first being entered (Deferred Acceptance of Nolo Contendre) with the following conditions: 1) Attend anger management assessment and treatment until clinically discharged; and 2) Pay $130 fine.

At that time, we respectfully recommended that no adverse court action be taken, and the Court concurred with our recommendation.

On 4/17/2006 and 6/19/2006, this officer was notified by Hina Mauka Waipahu that the offender failed to appear for drug testing. The drug testing program requires the subject to call a telephone message recorder daily to obtain instructions for submitting a urine specimen the following day. This officer left messages on the offender's cellular and home telephone to report to the Probation Office.

The offender reported to the Probation Office as instructed. He reported that he had forgotten to call the UA recorder and apologized to this officer. This officer instructed the offender to call the recorder every day. He was warned that if he incurred a third failure to appear for drug testing, a violation report would be submitted to the Court and he could face further sanctions. In addition, the offender was reminded that during his OSC hearing before U.S. Magistrate Judge Kobayashi, he was informed that it was his responsibility to call the UA recorder every day and to comply with the instructions for submitting a urine specimen. The offender advised that he understood and would comply.

This officer instructed the offender to submit a urine sample which tested negative for drugs.

On 6/29/2006 and 7/5/2006, this officer was notified by Hina Mauka Waipahu that the offender failed to appear for drug testing. On 6/30/2006, this officer contacted the subject on his cellular telephone and at home and left messages instructing him to report to the Probation Office on 7/6/2006.

The offender reported as instructed. The offender again attributed his failure to appear for drug testing to forgetting to call the UA recorder and apologized to this officer. This officer verbally admonished the offender and advised that a violation report would be submitted to the Court. He was warned that any further noncompliance will result in adverse court action. This officer instructed the offender to submit a urine sample which tested negative for drugs.

The offender acknowledged that he understood the requirements of the drug testing protocol when he was processed for supervision; his failure to submit to drug testing on the above-referenced dates constitutes a refusal to comply with drug testing.

As a sanction, the offender signed a behavioral contract and agreed to a modification of his supervision conditions to include performing 50 hours of community service. We will continue to closely monitor the offender and immediately notify the Court should the subject again violate the conditions of supervision.

Prob 12B
(7/93)

4

      Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The offender waives his right to a hearing and to assistance of counsel. The offender agrees to the modification of the conditions of supervised release. The offender's attorney and the U.S. Attorney's Office have been notified of the proposed modifications and have no objections to the modifications.

                                                      Respectfully submitted by,

                                                      JOANN S. HAMAJI
                                                    U.S. Probation Officer

Approved by:

PETER D. YOSHIHARA
Supervising U.S. Probation Officer

Date: 7/14/2006

---

THE COURT ORDERS:

[X]    The Modification of Conditions as Noted Above
[ ]    Other

                                                  KEVIN S.C. CHANG
                                                  U.S. Magistrate Judge

                                                  JUL 1 8 2006
                                                  Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]   To modify the conditions of supervision as follows:

    8   *That the defendant perform 50 hours of community service as directed by the Probation Office.*

Witness: _____   Signed: _____
JOANN S. HAMAJI                    JIMMY L. CURTIS
U.S. Probation Officer             Probationer

7/6/06
Date