# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

8/01/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR NO. 05-00344

CASE NAME:        United States of America Vs. Jimmy L. Curtis

ATTYS FOR PLA:    Keith C. Celebrezze

ATTYS FOR DEFT:   Loretta A. Faymonville

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5-FTR-2:37:21 |
| DATE: | 8/01/2006 | TIME: | 2:37pm-2:50pm |

COURT ACTION:  EP: Order to Show Cause why Supervision should not be Revoked-Defendant present in Custody.

Alleged Violations of Probation-

No. 1-Defendant admits to the THC but not the Cocaine

No. 2-Denies

No. 3-Admits

No. 4-Admits

No. 5-Withdrawn

No. 6-Denies

Oral Argument Held.

Court hereby finds that the Defendant did violate Supervised Release.

Court hereby orders that Supervised Release be Revoked.

Sentence-

Imprisonment-90 Days

Mittimus Forthwith.

Supervised Release-1 Year

Special Conditions of Supervised Release-

1.    That the defendant shall abide by the standard conditions of supervision.

2.    That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3.    That the defendant not possess illegal controlled substances (mandatory condition)

4.    That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

5.    That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6.    That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

Defendant advised of his right to Appeal.

Submitted by Leslie L. Sai, Courtroom Manager