AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

1/14/76

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 05-00344-01 |
| JIMMY L. CURTIS | |

(Name and Address of Defendant)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 18 2006

at ____ o'clock and ____ min ____ M
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST JIMMY L. CURTIS and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

Order to show cause why supervision should not be revoked.

RECEIVED
2006 JUL 26 PM 12:26
U.S. MARSHALS SERVICE
HONOLULU, HI.

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ Signature of Issuing Officer/Deputy Clerk | JULY 26, 2006 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at No Bail Warrant    By: Leslie E. Kobayashi, United States Magistrate Judge

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ . |

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 7/28/06 | | /s/ |